# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA McMASTER, | CASE NO. 1:10-cv-01407-SKO PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS CARLSON, GARCIA, AND SEDWICK TO FILE ANSWER TO SECOND AMENDED COMPLAINT WITHIN FIFTEEN DAYS |
| v. | |
| M. E. SPEARMAN, et al., | (Doc. 20) |
| Defendants. | |

On January 3, 2013, Plaintiff Dana McMaster filed a second amended complaint substituting Correctional Officer S. Espitia for John Doe 2. In a separate order, the Court directed the United States Marshal to initiate service of process on Defendant Espitia.

Defendants Carlson, Garcia, and Sedwick are HEREBY ORDERED to file an answer to the second amended complaint within **fifteen (15) days** from the date of service of this order.[1]

IT IS SO ORDERED.

**Dated:    January 7, 2013**                             /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously dismissed Defendant Cate with prejudice and denied Plaintiff's motion for reconsideration. Plaintiff's second amended complaint is identical to his first amended complaint, with the exception of substituting S. Espitia in place of John Doe 2. The filing of the second amended complaint to name John Doe 2 as S. Espitia does not have the effect of reinstating Cate as a party.

1