# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA McMASTER, | CASE NO. 1:10-cv-01407-SKO PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT ESPITIA |
| v. | |
| M. E. SPEARMAN, et al., | (Docs. 19 and 34) |
| Defendants. | |

Defendant Espitia filed an answer to Plaintiff's second amended complaint on May 23, 2013. Accordingly, application of the discovery and scheduling order filed on December 20, 2012, is HEREBY EXTENDED to Defendant Espitia.

IT IS SO ORDERED.

**Dated:   May 24, 2013**           /s/ **Sheila K. Oberto**
                    UNITED STATES MAGISTRATE JUDGE