1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10   DANA MCMASTER,                                    Case No. 1:10-cv-01407-AWI-SKO PC

11              Plaintiff,                             ORDER DIRECTING CLERK OF COURT
                                                       TO FILE LETTER AND SEND PLAINTIFF
12        v.                                           COPY OF DOCKET, AND ADDRESSING
                                                       LETTER
13   M. E. SPEARMAN, et al.,

14              Defendants.

15   _____/

16

17          Plaintiff Dana McMaster, a state prisoner proceeding pro se and in forma pauperis, filed

18   this civil rights action pursuant to 42 U.S.C. § 1983 on August 6, 2010.  On October 28, 2013, the

19   Clerk of the Court received a letter from Plaintiff.  Based on its contents, the Court elects to file

20   the letter and it is addressed as follows.

21          The Clerk of the Court shall send Plaintiff of the docket.  However, Plaintiff is not entitled

22   to a free copy of the Local Rules.  If the prison's law library lacks a copy, the librarian may call to

23   obtain a copy for use by all litigants.  The current version of the Local Rules was effective October

24   1, 2013.

25          With respect to Plaintiff's substantive discovery motions, Plaintiff may be aware that the

26   Eastern District of California carries one of the heaviest caseloads in the country and suffers from

27   a shortage of judges.  If not, he is now so informed.  Plaintiff has not been precluded from filing

28

1    motions, as he asserts.  However, as with every other litigant, he is required to await rulings on his

2    substantive motions, which will occur in due course.[1]

3         Plaintiff's assertion regarding expedited handling of Defendants' motions is without merit.

4    Defendants have sought extensions of time to serve discovery responses, which have been granted.

5    Fed. R. Civ. P. 6.   Plaintiff has not sought similar extensions of time.   Had he done so, his

6    motions, too, would have been granted.  Substantive motions such as those filed by Plaintiff are

7    not resolved in the same manner as motions for extensions of time of the type filed by Defendants.

8    Plaintiff may be assured that the Court is aware of his pending discovery motions, which will be

9    resolved in due course.

10

11   IT IS SO ORDERED.

12      Dated:   __October 29, 2013__                          _____/s/ Sheila K. Oberto__
                                                           UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Plaintiff's most recent motion to compel is not yet ready consideration.  Local Rule 230(*l*).