# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MCMASTER, | Case No. 1:10-cv-01407-AWI-SKO (PC) |
| Plaintiff, | ORDER STRIKING THIRD STATUS REPORT |
| v. | (Doc. 83) |
| M. E. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff Dana McMaster, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 6, 2010. On June 23, 2014, Plaintiff filed a third status report regarding the parties' discovery dispute.

However, the Court issued a ruling resolving that discovery dispute on June 16, 2014, and Plaintiff was not granted leave to file further briefing. Pursuant to an order filed on February 6, 2014, the parties were directed to file a status report if they were unable to resolve their remaining discovery disputes after meeting and conferring. In issuing its ruling on June 16, 2014, the Court considered Plaintiff's status report and his supplemental status report. The Court noted that its earlier order did not provide for briefing beyond one status report and that Plaintiff failed to seek leave to file additional briefing. Nevertheless, the Court elected to make an exception and consider the supplemental status report to bring final resolution to Plaintiff's first and second motions to compel.

///

Case 1:10-cv-01407-AWI-SKO   Document 84   Filed 06/25/14   Page 2 of 2

1  In as much as Plaintiff was not granted leave to file a third status report and the Court
2 issued a ruling on the discovery dispute on June 16, 2014, the Court declines to consider
3 Plaintiff's third status report and it is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **June 25, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE