# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MCMASTER,<br><br>    Plaintiff,<br><br>    v.<br><br>M. E. SPEARMAN, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-01407-AWI-SKO (PC)<br><br>ORDER ADDRESSING REQUEST FOR CLARIFICATION AND SETTING PRETRIAL DISPOSITIVE MOTION DEADLINE<br><br>(Doc. 114)<br><br>Discovery Deadline: 12/18/2015<br>Pretrial Dispositive Motion Deadline: 02/16/2016 |

Plaintiff Dana McMaster, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 6, 2010. This action is proceeding on Plaintiff's second amended complaint, filed January 3, 2013, against Defendants Carlson, Garcia, Sedwick, Espitia, and Pease for failing to protect him, in violation of the Eighth Amendment, and against Defendant Carlson for retaliation, in violation of the First Amendment.

On October 21, 2015, Defendant Pease filed a request for clarification of the order filed on October 19, 2015, which granted his motion to compel and extended the discovery deadline sixty days. Defendant also seeks a dispositive motion deadline of February 16, 2016, given the resolution of his motion to compel and the expiration of the motion deadline during the pendency of that motion.

///

///

1  Defendant Pease's request is HEREBY GRANTED.  The discovery deadline is clarified to
2 be sixty days from October 19, 2015, or **December 18, 2015**; and good cause having been shown,
3 a pretrial dispositive motion deadline is set for **February 16, 2016**.  Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:   **October 26, 2015**                             **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE

2