1
2
3
4

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

5   DANA McMASTER,                                    1:10-cv-01407-AWI-SKO (PC)

6                           Plaintiff,                ORDER REQUIRING PLAINTIFF TO
                                                      FILE OPPOSITION OR STATEMENT OF
7          v.                                         NON-OPPOSITION TO DEFENDANTS'
                                                      MOTION TO COMPEL HIS
8   SPEARMAN, et al.,                                 DEPOSITION

9                           Defendants.               (Doc. 117)

10                                                    TWENTY-ONE (21) DAY DEADLINE

11

12         Plaintiff initiated this action while incarcerated and is proceeding *pro se* in a civil rights

13  action pursuant to 42 U.S.C. § 1983.  On December 18, 2015, Defendants filed a motion to

14  compel Plaintiff's deposition since he failed to appear the second time they properly noticed it.

15  (Doc. 117.)  To date, Plaintiff has not filed an opposition.

16         Plaintiff is given one last opportunity to file an opposition or a statement of non-

17  opposition to the motion within twenty-one days of the date of service of this order.  Local Rule

18  230(*l*).  Failure to do so will be viewed as a lack of prosecution of this action.

19         Accordingly, it is HEREBY ORDERED that:

20         1. Plaintiff shall file an opposition or a statement of non-opposition to Defendant's motion

21  to compel discovery within **twenty-one (21) days** from the date of service of this order; and

22         2. **Plaintiff is warned that the failure to comply with this order will result in dismissal**

23  **of this action, with prejudice, for failure to prosecute**.

24

25  IT IS SO ORDERED.

26  Dated:   __March 8, 2016__                        _____ **/s/ Sheila K. Oberto**
27                                                    UNITED STATES MAGISTRATE JUDGE

28

1