# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA McMASTER,<br><br>        Plaintiff,<br><br>    v.<br><br>SPEARMAN, et al.,<br><br>        Defendants. | 1:10-cv-01407-AWI-SKO (PC)<br><br>ORDER SETTING PRETRIAL DISPOSITIVE MOTION DEADLINE<br><br>Pretrial Dispositive Motion Deadline: 09/30/2016 |

Plaintiff initiated this action while incarcerated and is proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint, filed January 3, 2013, against Defendants Carlson, Garcia, Sedwick, Espitia, and Pease for failing to protect him, in violation of the Eighth Amendment, and against Defendant Carlson for retaliation, in violation of the First Amendment.

This case has involved a number of discovery disputes, the latest of which was addressed in an order on June 1, 2016, which granted a sixty day extension to Defendant Pease to depose Plaintiff and, if necessary, to move for further relief. (Doc. 125.) The August 1, 2016, deadline has passed without any further motion to compel having been filed. The Court will, therefore, set a final pretrial dispositive motion deadline.

Accordingly, it is HEREBY ORDERED that the **pretrial dispositive motion filing deadline** is set for **September 30, 2016**.

IT IS SO ORDERED.

Dated:   **August 16, 2016**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE