# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MCMASTER,<br><br>   Plaintiff,<br><br> v.<br><br>M. E. SPEARMAN, et al.,<br><br>   Defendants. | Case No. 1:10-cv-01407-AWI-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO CONDUCT PLAINTIFF'S DEPOSITION NUNC PRO TUNC**<br><br>**(Doc. 130)** |

  Plaintiff, Dana McMaster, a former state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 6, 2010.  On August 18, 2016, Defendants filed a motion requesting an extension of time up to and including August 30, 2016 to take Plaintiff's deposition and for any corresponding motion to compel, if needed.  (Doc. 130.)

  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendants are granted an extension of time up to and including August 30, 2016 to conduct Plaintiff's deposition nunc pro tunc.

IT IS SO ORDERED.

Dated:  **September 12, 2016**      /s/ *Sheila K. Oberto*
                   UNITED STATES MAGISTRATE JUDGE