# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA McMASTER,<br><br>            Plaintiff,<br><br>     v.<br><br>D. CARLSON, et al.,<br><br>            Defendants. | Case No.  1:10-cv-01407-AWI-SKO (PC)<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE |

Plaintiff Dana McMaster is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 23, 2017, the undersigned conducted a settlement conference with the parties in this action.  The parties were unable to resolve this action.

Due to the approach taken by the plaintiff during the settlement conference, the Court finds that a further settlement conference would not be productive.  Therefore, the Court recommends that no further settlement conference should be conducted by the Court in this action, unless the plaintiff requests a settlement conference and the defendants agree that a further settlement conference would be productive.

IT IS SO ORDERED.

Dated:   **January 23, 2017**                          _____
                                                                        UNITED STATES MAGISTRATE JUDGE

1